IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND ROSCOE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-296-TFM-B |
| | ) |
| **ALEJANDRO MAYORKAS, Secretary,** | ) |
| **Department of Homeland Security,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On November 3, 2021, the Magistrate Judge entered a Report and Recommendation which recommends the Defendant's Motion to Dismiss Complaint (Doc. 10, filed 9/13/21) be granted. *See* Doc. 14.  No objections were filed.  As such, the matter is ripe for review.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 14) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the Defendant's Motion to Dismiss Complaint (Doc. 10) is **GRANTED** and this action is **DISMISSED with prejudice**.

A separate judgment will be entered.

**DONE** and **ORDERED** this 3rd day of December, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE